

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID E. JONES, | § | No. 08-19-00196-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 1 |
| | § | |
| WILLIAM D. POWERS, | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC# C-1-CV-17-003737) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed due to consolidation. We therefore dismiss the appeal due to consolidation. This Court makes no other order with respect to costs of this appeal. This decision be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF AUGUST, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.